No. 90–8385. MCALLISTER v. MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 90–8386. SCHMIDT v. MEDLEY, JUDGE. C. A. 10th Cir. Certiorari denied.

No. 90–8387. TENORIO ALVAREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–8388. ADKINS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–8389. CLARK v. NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 90–8390. MARINKOVIC v. CASEY, GERRY, CASEY ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–8391. MOBLEY v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 90–8392. LAGER v. HUTCHERSON ET AL. C. A. 8th Cir. Certiorari denied.

No. 90–8393. MILLER v. COUNTY OF LOS ANGELES PROBATION DEPARTMENT ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 90–8395. MAIER v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 90–8396. MAROUN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–8397. MORRIS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–8399. SOTELO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–8400. CHAPMAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.